UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR07-0027-RSM |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| LAMONT JEFFERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

 Count 1:  Conspiracy to Commit Identity Theft and Bank Fraud in violation of 18 U.S.C. §§ 1344 and 2.

 Count 2:  Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028(A) and 2.

<u>Date of Detention Hearing</u>:  June 12, 2007.

 The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

 (1) Defendant has an extensive criminal background history, including 37 convictions, demonstrating an indifference or disregard of the law. Some of these are repetitive driving offenses, demonstrating an unwillingness to be supervised and to obey Court restrictions.

(2) Defendant has a background history of nine previous failures to appear as instructed.

(3) Defendant appears to have an on-going substance-abuse problem.

(4) Defendant is not employed.

(5) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of June, 2007.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge